■ In the Matter of MORTON SHANKMAN, an Attorney.—On the court's own motion, the temporary suspension imposed upon respondent by order dated August 24, 1984, as a result of having been convicted of a serious crime, is hereby vacated, as of this date, and the clerk of this court is directed to restore his name to the roll of attorneys and counselors-at-law, forthwith. Mollen, P. J., Lazer, Mangano, Gibbons and Rubin, JJ., concur.